ALEXANDER FURGISON and wife adsm. JOSEPH ROBINSON.

After appearance to an injunction bill, a copy is to be served on the defendant,
    without delay ; and if not done, the defendant may move to dissolve the in-
    junction.
The neglect of the solicitor, is the neglect of his client.

*1823.*
*Oct. 29.*

*Practice. Ser-*
*vice of bill.*
*Neglect.*

MR. RADCLIFF for defendants.   This was a motion to dis-
solve the injunction issued in this cause, on an affidavit, stating
that the subpœna was served on the defendants in the month of
July last, and that their appearance was duly entered the first
day of August thereafter ; and notice thereof was duly served
on the complainant's solicitor.   But that the complainant's
solicitor had neglected to serve on the defendant's solicitor a
copy of the bill.

MR. EMMET for the complainants.   The neglect of the soli-
citor to serve a copy of the bill ought not to prejudice his
client.   The statute makes it the duty of the solicitor to
serve a copy of the bill, and the proceedings ought to be
against him.   These proceedings are to enforce despatch ;

and as an offer of a copy of the bill has, since the notice of this motion, been made to the defendants, the application ought to be dismissed.

1823.

FURGISON
adsm.
ROBINSON.

BUT BY THE COURT: The neglect of the solicitor, is the neglect of his client. It can not be tolerated, that the complainant, after he has obtained an injunction, should prevent its dissolution by refusing or neglecting to deliver a copy of the bill. If the defendant appears, it is the duty of the complainant's solicitor to serve him with a copy of the bill without delay.

For the neglect of the complainant to serve such copy in season, the injunction must be dissolved.

Order accordingly.